FILED
2013 APR 12 PM 12:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FEBRUARY 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALAN GUILLERMO MARTINEZ,<br>   aka "Alan Guillermo<br>   Martinez Rodriguez"<br><br>        Defendant. | CR 13-0243<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. §§ 1036(a)(3),<br>1036(b)(2): Attempt to Enter a<br>Secure Area of a Seaport by<br>Fraud and False Pretense; 18<br>U.S.C. §§ 1028(a)(7),<br>1028(c)(1): Unlawful Transfer,<br>Possession, and Use of a Means<br>of Identification of Another<br>Person with Intent to Commit a<br>Violation of State or Federal<br>Law] |

The Grand Jury Charges:

COUNT ONE

[18 U.S.C. §§ 1036(a)(3), 1036(b)(2)]

On or about November 21, 2009, in Los Angeles County, within the Central District of California, defendant ALAN GUILLERMO MARTINEZ, also known as "Alan Guillermo Martinez Rodriguez" ("MARTINEZ"), knowingly used fraud and a false pretense to enter

AMB:amb

1  and attempt to enter a secure and restricted area of a seaport
2  designated as secure in an approved security plan, as required
3  under Title 46, United States Code, Section 70103, and the rules
4  and regulations promulgated under that section.  Specifically, on
5  or about November 21, 2009, defendant MARTINEZ knowingly entered
6  and attempted to enter the American President Lines Shipping
7  Facility within the Port of Los Angeles, located at 930 East
8  Earle Street, Terminal Island, in Los Angeles, California, by the
9  fraudulent presentation and use of a Transportation Security
10 Administration issued Transportation Worker Identification
11 Credential Card that he knew had been issued to another
12 individual, namely, Jose Andres Ruiz.

## COUNT TWO

[18 U.S.C. §§ 1028(a)(7), 1028(c)(1)]

On or about November 21, 2009, in Los Angeles County, within the Central District of California, defendant ALAN GUILLERMO MARTINEZ, also known as "Alan Guillermo Martinez Rodriquez," knowingly possessed and used without lawful authority a means of identification of another person, namely, a Transportation Worker Identification Card issued by the United States Transportation Security Administration to Jose Andres Ruiz, with the intent to commit, and in connection with, any unlawful activity that constitutes a violation of Federal law, namely, the knowing use of fraud and a false pretense to enter or attempt to enter a secure and restricted area of the Port of Los Angeles that was designated as secure in an approved security plan, as required by Title 46, United States Code, Section 70103,

//
//
//
//
//
//
//
//
//

and the rules and regulations promulgated under that section, in violation of Title 18, United States Code, Section 1036(a)(3).

                                A TRUE BILL

                                /S/
                                Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant U.S. Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

AMANDA M. BETTINELLI
Assistant United States Attorney
Environmental Crimes Section