JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAN GUILLERMO MARTINEZ,<br>  aka "Alan Guillermo Martinez Rodriguez,"<br><br>  Defendant. | No. CR 13-0243-SVW<br><br>ORDER DISMISSING INDICTMENT, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

   Upon motion of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the indictment filed in this matter be dismissed as to defendant ALAN GUILLERMO MARTINEZ.

   IT IS SO ORDERED.

March 16, 2023                                    /s/ Stephen V. Wilson
DATE                                              THE HONORABLE STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
AMANDA M. BETTINELLI
Assistant United States Attorneys